IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA DENISE KILGORE,

     Petitioner,

v.                                          CASE NO. 4:11-cv-00094-MP-WCS

BLANCO, EFRIN CARBONELLE, FEDERAL BUREAU OF PRISONS, GRIFF, MEJIA,
MENDEZ, J MENDOZA, BILLY TAYLOR, THOSE KNOWN AND UNKNOWN TO THE
PLAINTIFF,

     Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 15, petitioner's motion for an extension of time to

respond to the Report and Recommendation.   The motion is granted, and petitioner shall file a

response by Friday, August 19, 2011.

     **DONE AND ORDERED** this *11th* day of July, 2011

       *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge