IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA DENISE KILGORE,

    Petitioner,

v.                              CASE NO. 4:11-cv-00094-MP-WCS

BLANCO, EFRIN CARBONELLE, FEDERAL BUREAU OF PRISONS, GRIFF, MEJIA, MENDEZ, J MENDOZA, BILLY TAYLOR, THOSE KNOWN AND UNKNOWN TO THE PLAINTIFF,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that this 28 U.S.C. § 2241 petition be summarily dismissed as not cognizable under that provision. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that, as habeas corpus is the appropriate and exclusive remedy where a prisoner seeks to effect immediate or more speedy release from confinement, and here petitioner is actually seeking damages and injunctive relief for what she feels is inadequate medical care. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. The petition in this case (Doc. 1) and the motions for injunctive relief (Docs. 3 and 8) are summarily dismissed without prejudice, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this *11th* day of October, 2011

                        *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge